**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1270**

MICHAEL C. WORSHAM,

        Petitioner - Appellant,

    v.

COMMISSIONER OF INTERNAL REVENUE,

        Respondent - Appellee.

Appeal from the United States Tax Court.  (Tax Ct. No. 026210-16)

Submitted:  August 20, 2020                Decided:  August 24, 2020

Before GREGORY, Chief Judge, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Craig Worsham, Appellant Pro Se.  Janet A. Bradley, Bruce R. Ellisen, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Craig Worsham appeals the tax court's orders upholding the commissioner's determinations of deficiencies and additions to tax in Worsham's income tax for the 2005, 2007, 2008, 2009, and 2010 tax years and imposing sanctions on Worsham pursuant to 11 U.S.C. § 6673. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. *Worsham v. Comm'r of Internal Revenue*, No. 026210-16 (T.C. Oct. 1, 2019, Dec. 3, 2019, & Jan. 31, 2020). We deny the Commissioner's motion for sanctions. We deny Worsham's motion for oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*